United States District Court
Northern District of California

1

2

3

4            UNITED STATES DISTRICT COURT

5           NORTHERN DISTRICT OF CALIFORNIA

6

7    D'VAUGHN HILL,                           Case No. 23-cv-01813-HSG

8              Plaintiff,                     **ORDER OF TRANSFER**

9         v.

10   CORCORAN STATE PRISON, et al.,

11             Defendants.

12

13        Plaintiff, an inmate housed at Corcoran State Prison ("CSP") has filed a *pro se* civil rights

14   action pursuant to 42 U.S.C. § 1983, alleging that an officer at Corcoran State Prison failed to

15   provide him with medical assistance on September 8, 2022.  Dkt. No. 1.  The events or omissions

16   giving rise to Plaintiff's claim(s) occurred at Corcoran State Prison and Plaintiff seeks relief from

17   Corcoran State Prison employees or prison officials.  Corcoran State Prison is located in Kings

18   County, which lies within the venue of the Eastern District of California.  *See* 28 U.S.C. § 84(b).

19   Venue therefore properly lies in the Eastern District.  *See id.* § 1391(b).

20        Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.

21   § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern

22   District of California.  The Clerk is directed to close the case.

23        **IT IS SO ORDERED.**

24   Dated:  6/6/2023

25                                    _____

26                                    HAYWOOD S. GILLIAM, JR.
                                      United States District Judge
27

28